# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANTONY JUNIOR HARRIS,<br>a/k/a Anthony Harris,<br><br>Defendant(s) | )<br>)<br>) Case No. 20-8280-DLB<br>)<br>)<br>)<br>) |

FILED BY ____SP____ D.C.

**Aug 13, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 28, 2020__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) | Possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine. |
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) | Possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Aleida Carvajal, TFO, DEA
_Printed name and title_

Attested to me pursuant to Fed. R. Crim. P. 4.1 by telephone.

Date: __August 13, 2020__

_Judge's signature_

City and state: __West Palm Beach, FL__    Dave Lee Brannon, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Aleida Carvajal, first being duly sworn, do hereby depose and state as follows:

1. I am a deputized Task Force Officer (TFO) with the DEA and have been since November 2018. As such, I am a "law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1). I have received training on the subject of narcotics trafficking and money laundering from the DEA, and have been personally involved in investigations concerning the possession, manufacture, distribution, transportation and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds.

2. Prior to my assignment with DEA, and since June 2016, I have been employed as police officer with the Palm Beach County School District Police Department. Over the course of my career, I have served in the roles of school resource officer (SRO), special response team member (SRT), and as a detective. I have conducted numerous investigations into the possession, sale, delivery, and trafficking of illegal narcotics and other controlled substances. I have investigated missing and exploited children, sex crimes, gang investigations, and corruption. I have acted in an undercover capacity to purchase narcotics from street-level dealers, conducted physical surveillance and executed numerous arrest and search warrants.

3. This affidavit is submitted in support of a criminal complaint charging Antony Junior HARRIS (a/k/a Anthony Harris) with possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and possession with intent to distribute

500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A). The information contained in this affidavit is based on my own personal knowledge as well as information given to me by other law enforcement officers and senior DEA Agents. This affidavit is submitted for the limited purpose of establishing probable cause. It does not purport to describe everything known to your affiant concerning the investigation.

## PROBABLE CAUSE

4. On July 28, 2020 at approximately 7:00 a.m., Palm Beach County Sheriff's Office (PBSO) Sergeant Anthony Combs was conducting parcel interdiction at the FedEx Ground sorting facility located at 1475 Perimeter Road, West Palm Beach, Florida.

5. While at the FedEx Ground sorting facility, Sgt. Combs located a suspicious parcel that was shipped from Mailbox Plus, Signal Mailbox Plus, 2201 E Willow St. Suite D, Signal Hill, CA. The recipient was listed as "C. Bucklin," with an address of XXX N. 5th Street, Apt. 1, Lantana, FL, and a phone number of (310) 498-XXXX. The computer generated label had a tracking number of 3952 1948 8262, was shipped on July 27, 2020 and listed the parcel weight as 11.78 lbs.

6. Sgt. Combs placed the parcel among other parcels of similar size, shape and color. Sgt. Combs then brought his trained/certified narcotics detecting canine partner Kaya into the facility and conducted a free air sniff of the parcels. Sgt. Combs observed Kaya sniff all the parcels. When Kaya sniffed the suspect parcel, Kaya positively alerted to the suspected package.

7. Due to the positive alert, FedEx management was made aware that Sgt. Combs was seizing the parcel. Without any request nor prompting from law enforcement, FedEx management

advised that that they were going to open the parcel to verify its contents in accordance with FedEx policy, procedures and shipping agreements.

8. Once the parcel was opened, additional PBSO agents observed four (4) clear vacuum-sealed packages of what appeared to be Crystal Methamphetamine (total package weight of 2369.1 grams) which later field-tested positive for the presence of methamphetamine. Additionally, the parcel package contained two (2) separately wrapped, approximately kilogram-sized packages, which later field-tested positive for the presence of cocaine, and had a gross weight of 2372.8 grams. The contraband substances were removed from the parcel and replaced with counterfeit ("sham") narcotics.

9. On this same date, agents obtained a state search warrant authorizing the installation and use of a tracking device for the parcel, as well as an anticipatory search warrant for the residence located at XXX N. 5th Street, Apt. 1, Lantana, Florida, where the package was to be delivered. PBSO also obtained a search warrant to utilize a drone for video surveillance and recording. Once the warrants were obtained, agents conducted a controlled delivery of the parcel at said address at approximately 3:16 p.m. The parcel was delivered to the apartment complex and was left on the front porch of Apartment #1a. It should be noted that Apartment #1a is an office where all packages are delivered and left for all tenants residing in the apartment building.

10. At approximately 5:00 p.m., Agent Valencia observed via live video feed from the drone, and other agents confirmed by later watching the drone video, that an unknown white female, wearing a black shirt and shorts, retrieved the subject parcel from outside Apartment #1a, and then carried the package toward Apartment #1. Due to the angles involved, the drone was unable to capture the female entering Apartment #1. At approximately 5:20 p.m., Agent Valencia observed a black male, later identified as HARRIS, wearing a white shirt and red shorts, and

empty-handed, arrive at the apartment complex and walk towards Apartment #1. At 5:31p.m., Agent Valencia observed via live feed, and other agents confirmed by later watching the drone video, that HARRIS exited the area of Apartment #1, carried the subject parcel in his hands, took the parcel and placed it into the trunk of his vehicle, described as a black Mercedes Benz sedan. HARRIS left the complex driving the Mercedes, as law enforcement followed and conducted mobile surveillance. Records obtained from the Florida Department of Highway Safety and Motor Vehicle (DHSMV) revealed that the black 2017 Mercedes Benz, was registered to Antony HARRIS at XXXX Morgan Hill Trail, West Palm Beach, FL.

11. Sergeant Myers followed HARRIS to an apartment building located at XXX South Federal Highway, Boynton Beach, Florida, where Sgt. Myers observed HARRIS park on the 5th floor of the parking garage. As HARRIS exited the Mercedes Benz and entered the building, Sgt. Myers observed HARRIS holding the subject parcel. Again, HARRIS was wearing a white shirt and red shorts. Agent Valencia spoke to the apartment management and learned that HARRIS resided at XXX South Federal Highway, Apartment 517, Boynton Beach, Florida. During this time period, agents also received an alert indicating that the subject parcel had been opened. Agents attempted to knock and announce on the door of Apartment 517; however, there was no answer.

12. Simultaneously, while law enforcement was attempting to make contact with HARRIS at his apartment, your affiant observed a black male, fitting HARRIS' description, wearing a white shirt and red shorts, running from the building. After a foot chase, HARRIS was taken into custody without incident, and later arrested on state charges of conspiracy to traffic in cocaine and methamphetamine. During a search of HARRIS' person incident to his arrest, agents

located $11,240.00 U.S. currency in different denominations, as well as the keys to the Mercedes Benz and Apartment 517, on his person.

13. Due to the exigent circumstances, concern that evidence inside HARRIS' apartment could be destroyed, and not knowing whether there were other occupants in HARRIS' apartment, law enforcement made entry into the apartment, performed a protective sweep, and secured the residence pending the issuance of a state search warrant. During the protective sweep, Agent Valencia observed in plain view that the subject parcel had been opened, and the counterfeit narcotics had been removed from the parcel package. Agents believe that HARRIS fled the apartment once he opened the parcel package and observed the GPS tracking device. This GPS tracking device was later located in the roadway beneath HARRIS' apartment balcony. Agents believe that after opening the parcel, HARRIS located the GPS tracking device inside the parcel, and threw it from his balcony.

14. Agents obtained a state search warrant for HARRIS' apartment. During a search of the apartment, agents located the two kilograms of "sham" cocaine and two kilograms of "sham" methamphetamine in the master bedroom on the nightstand next to the bed. Agents observed the original packaging for the parcel, and the interior packaging in which the counterfeit narcotics were contained, on the kitchen island. The shipping label, which had been on the parcel, was located in the kitchen garbage can and was torn apart. Additionally, law enforcement located inside the residence approximately 62 grams of suspected marijuana and miscellaneous drug paraphernalia, including scales containing suspected cocaine residue, as noted below.

15. The following items were also located and seized during the search warrant at HARRIS' apartment:

- Nine (9) Western Union money orders, with a total value of $8,100.00.

- One (1) 18 karat rose gold diamond Rolex watch, appraised retail value $35,000.00.

- One (1) 14 karat rose gold diamond link bracelet, appraised retail value $17,500.00.

- One (1) 14 karat rose gold diamond link necklace, appraised retail value $60,000.00.

- One (1) 18 karat white gold diamond ear stud earrings, appraised retail value $9,000.00.

- Thirteen (13) Walmart Green Dot Prepaid Cards.

- Miscellaneous documents, a drug ledger, three (3) digital scales containing residue, three (3) cellular telephones.

16.   Based on the foregoing, your affiant respectfully submits that there is probable cause to charge Antony Junior HARRIS with possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

FURTHER YOUR AFFIANT SAITH NAUGHT.

_____
ALEIDA CARVAJAL
TASK FORCE OFFICER
U.S. DRUG ENFORCEMENT ADMINISTRATION

SWORN TO AND SUBSCRIBED BEFORE ME THIS _13_ DAY OF AUGUST 2020, IN WEST PALM BEACH, FLORIDA.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>20-8280-DLB</u>

UNITED STATES OF AMERICA

vs.

ANTONY JUNIOR HARRIS,
  a/k/a Anthony Harris,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?     ____ Yes   _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?     ____ Yes   _X_ No

                Respectfully submitted,

                ARIANA FAJARDO ORSHAN
                UNITED STATES ATTORNEY

BY:   *s/Rinku Tribuiani*
        RINKU TRIBUIANI
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0150990
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777
        Rinku.Tribuiani@usdoj.gov